## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Maria McElwee,                                 :
                Petitioner           :
                                      :
                v.           :           No. 1274 C.D. 2020
                                        :
Bureau of Professional and                     :
Occupational Affairs, State Board              :
of Veterinary Medicine,                        :
                Respondent           :

**PER CURIAM**                    **O R D E R**

NOW, March 3, 2022, upon consideration of Petitioner's application for reargument, and Respondent's answer in response thereto, the application is denied.